# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**GREGORY A. WHITE**

    vs.                 **CASE NUMBER: 9:07-CV-1175 (FJS/GHL)**

**JAMES CONWAY**, Superintendent, Attica Correctional Facility

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation by Magistrate Judge George H. Lowe is ACCEPTED in its entirety, Gregory A. White's Petition for a Writ of Habeas Corpus is DENIED and DISMISSED. Further ordered that no Certificate of Appealability shall be issued with respect to any of petitioner's claims.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 31st day of March, 2011.

DATED: March 31, 2011

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk